Case 1:13-cv-00595-RMC   Document 28   Filed 02/02/15   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RYAN NOAH SHAPIRO,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **U.S. DEPARTMENT OF JUSTICE,** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 13-595 (RMC) |

**ORDER**

For the reasons set forth in the Opinion issued simultaneously with this Order, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [Dkt. 9] is **GRANTED** and **JUDGMENT** is entered in favor of Defendant.

This case is closed.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

Date: February 2, 2015

/s/
ROSEMARY M. COLLYER
United States District Judge

1